| | |
|---|---|
| 1 | IRA M. STEINBERG (SBN 273997) |
|   | ISteinberg@ggfirm.com |
| 2 | GREENBERG GLUSKER FIELDS CLAMAN & |
|   | MACHTINGER LLP |
| 3 | 2049 Century Park East, Suite 2600 |
|   | Los Angeles, California  90067 |
| 4 | Telephone:     310-553-3610 |
|   | Facsimile:     310-553-0687 |
| 5 |   |
|   | Attorneys for Defendant |
| 6 | REA.DEEMING BEAUTY INC., d/b/a |
|   | WWW.BEAUTYBLENDER.COM |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY RODRIGUEZ, individually and on behalf of all others similarly situated, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. |  |
| REA.DEEMING BEAUTY INC., a California corporation, d/b/a WWW.BEAUTYBLENDER.COM, |  |
| Defendants. |  |

**PLEASE TAKE NOTICE** that Defendant Rea.Deeming Beauty Inc., d/b/a www.beautyblender.com ("Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1453(b) and 1466, hereby removes the above-captioned matter from the Superior Court, Spring Street Courthouse, for the County of Los Angeles to the United States District Court for the Central District of California.  In support thereof, Defendant respectfully states as follows:

I.      **TIMELINESS OF REMOVAL**

Plaintiff Emily Rodriguez, individually and on behalf of all others similarly situated ("Ms. Rodriguez" or "Plaintiff") commenced a civil action on October 28, 2024, in the Superior Court of California, Los Angeles County, Case No. 24STCV28274, and captioned *Emily Rodriguez,*

1  *individually and on behalf of all others similarly situated v. Rea.Deeming Beauty Inc., a*
2  *California corporation, d/b/a www.beautyblender.com* (the "State Court Action"). Plaintiff
3  served the summons and complaint on Defendant on November 1, 2024.
4  This Notice of Removal is timely filed as required by 28 U.S.C. § 1446(b). True and
5  correct copies of all pleadings served on Defendant are attached hereto as Exhibit A pursuant to
6  28 U.S.C. § 1446(a).

**II.    GROUNDS FOR REMOVAL**

Grounds for removal exist under 28 U.S.C. § 1453(b) because the action is a "Class Action" as defined under 28 U.S.C. 1332(d)(1)(B) as the claim facially seeks relief on behalf of a class. Plaintiff's class allegations assert that the class comprises all who, within the statutory period, were California citizens and visited the Defendant's website and whose personal information was allegedly shared with Tik Tok. Moreover, the Court has original jurisdiction over this claim under 28 U.S.C. § 1332(d)(2) because:

(1)    Plaintiff alleges that there are "tens of thousands" of class members;

(2)    Statutory damages under the California Invasion of Privacy Act ("CIPA") are $2,500 per violation, and therefore because Plaintiff alleges there are more than 10,000 class members, the amount in controversy exceeds $5 million; and

(3)    It cannot be reasonably disputed (and if necessary, will be proven) that given the size of the alleged class, the class undoubtedly includes individuals who are now citizens of states other than California but were citizens during the statutory period and when their claim accrued.

**III.   VENUE**

Venue is proper in this district under 28 U.S.C. § 1441 because the underlying action was filed within the Central District of California.

**IV.    RESPONSE TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 81(c)(2) Defendant's response to the complaint is due seven days from the filing of this notice of removal.

      WHEREFORE, Defendant removes the state court action from the Superior Court for the County of Los Angeles.

DATED: December 2, 2024

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: _____
IRA M. STEINBERG (SBN 273997)
Attorneys for Defendant
REA.DEEMING BEAUTY INC., d/b/a
WWW.BEAUTYBLENDER.COM

# PROOF OF SERVICE

I am employed in the County of Los Angeles, state of California. I am over the age of eighteen years and not a party to the within action. My business address is Greenberg Glusker Fields Claman & Machtinger LLP, 2049 Century Park East, Suite 2600, Los Angeles, California 90067.

On December 2, 2024, I served a copy of the within document entitled **NOTICE OF REMOVAL** on the interested parties in this action as follows:

| | |
|---|---|
| Scott J. Ferrell<br>David W. Reid<br>Victoria C. Knowles<br>PACIFIC TRIAL ATTORNEYS<br>4100 Newport Place Drive, suite 800<br>Newport Beach, CA 92660 | *Attorneys for Plaintiffs EMILY RODRIGUEZ, individually and on behalf of all others similarly situated*<br><br>*Telephone: (949) 706-6464*<br>*Facsimile: (949) 706-6469*<br>*Email: sferrell@pacifictrialattorneys.com;*<br>*dreid@pacifictrialattorneys.com;*<br>*vknowles@pacifictrialattorneys.com* |

☒ **(BY MAIL)** By placing the document listed above in sealed envelope in a designated "OUT" box in the office of my employer. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid. (CCP Section 1013a, 2015.5, FRCP section 5(B), or FRAP 25(d).

☒ **(BY E-MAIL)** On December 2, 2024, I emailed a true and correct copy of the foregoing document to the parties' counsel at their e-mail addresses as set forth above. To the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. Executed on December 2, 2024, at Los Angeles, California.

_____
Nancy L. Luis

73611-00008/5363575.1

NOTICE OF REMOVAL