1  PACIFIC TRIAL ATTORNEYS
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialattorneys.com
3  Victoria C. Knowles, Bar No. 277231
   vknowles@pacifictrialattorneys.com
4  4100 Newport Place Drive, Ste. 800
   Newport Beach, CA 92660
5  Tel: (949) 706-6464
   Fax: (949) 706-6469
6
   Attorneys for Plaintiff
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  EMILY RODRIGUEZ, individually and    Case No. 2:24-cv-10381-AJR
    on behalf of all others similarly situated,    Assigned to Honorable A. Joel Richlin
12
                                           
13           Plaintiff,                    **NOTICE OF SETTLEMENT**

14           v.
                                           Complaint Filed: October 28, 2024
15  REA.DEEMING BEAUTY INC., a             Removed: December 2, 2024
    California corporation d/b/a
16  WWW.BEAUTYBLENDER.COM,

17           Defendants.

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement.    It is anticipated that request for dismissal in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure will be filed within sixty (60) days of the date of this Notice.

Dated:  December 10, 2024                    PACIFIC TRIAL ATTORNEYS


                                            By: */s/ Scott J. Ferrell*
                                                    Scott J. Ferrell
                                                    Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2024, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*

Scott J. Ferrell, Esq.